

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

LG Chem, Ltd.,

\* From the 35th District Court
of Brown County,
Trial Court No. CV1901031

Vs. No. 11-21-00294-CV

\* July 13, 2023

Tashia Hernandez,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against LG Chem, Ltd.